# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Sanderina, LLC, et al.,

    Plaintiffs

v.

Great American Insurance Company,

    Defendant

Case No.: 2:18-cv-0772-JAD-CWH

**Order Adopting
Report & Recommendation**

[ECF Nos. 17, 20]

Plaintiffs Sanderina, LLC and Sanderina II, LLC moved to amend their complaint in this insurance-coverage dispute to add claims against American Financial Group, Inc., which defendant Great American Insurance Company identified in its certificate of interested parties as its parent company.[1] Magistrate Judge Hoffman considered the motion to amend and recommends that I deny it as futile because "Sanderina does not allege any facts regarding American Financial's involvement in this case" or "facts that would support piercing the corporate veil."[2]

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed,"[3] and Sanderina has filed none by the objection deadline. Accordingly,

IT IS HEREBY ORDERED THAT:

- The Report and Recommendation **[ECF No. 20] is ADOPTED** in full;
- The Motion to Amend Complaint **[ECF No. 17] is DENIED**.

Dated: September 12, 2018

                                                    _____
                                                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 17.
[2] ECF No. 20 at 2.
[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).