MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDERINA LLC; SANDERINA II, LLC; <br><br> Plaintiff, <br><br> vs. <br><br> GREAT AMERICAN INSURANCE COMPANY; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:18-cv-00772-JAD-CWH |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs to file their responses to Defendant Great American

///

///

///

///

///

///

Page 1

Insurance Company's Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof be extended from September 25, 2018 to September 28, 2018:

Dated this 25th day of September, 2018.

GANZ & HAUF

/s/ Marjorie Hauf
_____
Marjorie Hauf, Esq.
Nevada Bar No. 8111
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Attorneys for Plaintiffs

Dated this 25th day of September, 2018.

ECKERT SEAMANS CHERIN & MELLOT, LLC

/s/ Michael Graziano
_____
Michael Graziano, Esq. (pro hac vice)
171 Pennsylvania Ave. N.W., Suite 1200
Washington, D.C. 20006
Attorney for Defendant

IT IS SO ORDERED.

DATED this 27th day of September, 2018.
Nunc pro tunc: 9/25/2018.

_____
DISTRICT COURT JUDGE