MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDERINA LLC; SANDERINA II, LLC;<br><br>Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00772-JAD-CWH<br><br>[ECF No. 33] |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs to file their responses to Defendant Great American

///
///
///
///
///
///



8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1

Insurance Company's Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof be extended one additional business day, from September 28, 2018 to October 1, 2018.

Dated this 28th day of September, 2018.      Dated this 28th day of September, 2018.

GANZ & HAUF                                   ECKERT SEAMANS CHERIN & MELLOT, LLC

/s/ Marjorie Hauf                             */s/ Michael Graziano*

_____                _____
Marjorie Hauf, Esq.                           Michael Graziano, Esq. (pro hac vice)
Nevada Bar No. 8111                           171 Pennsylvania Ave. N.W., Suite 1200
8950 W. Tropicana Ave, Suite 1                Washington, D.C. 20006
Las Vegas, Nevada 89147                       Attorney for Defendant
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated this 28th day of September, 2018.

_____
DISTRICT COURT JUDGE

